IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMAL DAVIS,

      Appellant,

v.

                                   Case No. 5D22-0278
                                   LT Case No. 2019-CF-030754-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 14, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Jamal Davis, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, EDWARDS and NARDELLA, JJ., concur.